```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      NORTHERN DIVISION
```

ALICE POWELL and
MATTHEW POWELL                                        PLAINTIFFS

VS.                        CIVIL ACTION NO. 3:13-cv-855-DCB-MTP

GOV. FEDERAL RESERVE
OF NEW YORK, ET AL                                    DEFENDANTS

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court. Accordingly, the Plaintiffs' Motions for Leave to Proceed In Forma Pauperis [2][4] are DENIED. Plaintiffs are given sixty (60) days to pay all of the costs associated with the filing of this lawsuit. Should the Plaintiffs fail to timely pay all of the costs associated with the filing of this lawsuit, this matter will be dismissed without prejudice and without further notice.

SO ORDERED, this the  12th  day of May, 2014.

                              s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE