```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION


ALICE POWELL and
MATTHEW POWELL                                        PLAINTIFFS

VS.                          CIVIL ACTION NO. 3:13-cv-855(DCB)(MTP)

GOV. FEDERAL RESERVE
OF NEW YORK, ET AL.                                   DEFENDANTS
```

## ORDER

This cause is before the Court on the plaintiffs Alice Powell and Matthew Powell's Motion for Emergency Medical Stay **(docket entry 8)**. Having carefully considered the motion and being fully advised in the premises, the Court finds as follows:

On May 12, 2014, this Court entered an Order denying the plaintiffs in forma pauperis status, and requiring the plaintiffs to pay the filing fee within 60 days. The plaintiffs failed to do so, and this cause was dismissed by Final Judgment on July 15, 2014, without prejudice so that the plaintiffs could file a new action upon payment of the filing fee.

In their present motion, the plaintiffs seek to proceed in this action upon payment of the filing fee. This case is closed. In order to proceed, the plaintiffs must pay the filing fee and file a new complaint under a new cause number. The plaintiffs' motion shall therefore be denied.

Accordingly,

IT IS HEREBY ORDERED that the plaintiffs' Motion for Emergency

Medical Stay **(docket entry 8)** is DENIED, and the plaintiffs must pay the filing fee and file a new complaint under a new cause number.

    SO ORDERED, this the 7th day of October, 2014.

                                                 /s/ David Bramlette_____
                                                 UNITED STATES DISTRICT JUDGE